IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00205-WYD-CBS

CONSUMER CRUSADE, INC., a Colorado corporation,

 Plaintiff(s),

v.

THE WEST GROUP OF COMPANIES,
Florida companies and STEVEN WEST;
its Officer(s) and Director(s),

 Defendant(s).
_____

**ORDER**
_____

 THIS MATTER is before the Court on review of the file.  This case was brought pursuant to the Telephone Consumer Protection Act of 1991, 47 U.S.C. § 227 ("TCPA").  Plaintiff seeks declaratory relief, a permanent injunction, damages, and statutory penalties based on Defendants alleged violations of the TCPA.  On May 6, 2005, Defendants moved to dismiss the Complaint asserting that claims under the TCPA are not assignable and that Plaintiff lacks standing to bring such claims.

 I note that Plaintiff has commenced at least 28 separate actions in the United States District Court for the District of Colorado, all of which allege violations of the TCPA.  Many of these cases have been dismissed or stayed.  In *US Fax Law Center, Inc. v. IHire, Inc.*, 373 F.Supp.2d 1208 (D. Colo. 2005), Chief Judge Babcock held that Plaintiff Consumer Crusade, acting as an assignee who had not obtained a legal or valid assignment, lacked standing to bring claims under the TCPA.  Similarly, in

*Consumer Crusade, Inc. v. Fairon and Associates, Inc.*, 379 F.Supp.2d 1132 (D. Colo. 2005) Judge Figa remanded Plaintiff's TCPA claims holding that Congress conferred exclusive jurisdiction in state courts over TCPA claims and federal courts lack jurisdiction over such claims under either federal question or diversity jurisdiction.  Both *IHire* and *Fairon* are on appeal to the Tenth Circuit.  I find that this case should be stayed in all respects until the Tenth Circuit rules on both the *IHire* and *Fairon* cases, or until the Tenth Circuit otherwise rules on the substantive issues presented in those cases.  Therefore, it is,

ORDERED that this action is **STAYED** in all respects pending further Order of this Court.

Dated:  November 10, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge