IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00205-WYD-CBS

CONSUMER CRUSADE, INC., a Colorado corporation,

    Plaintiff(s),

v.

THE WEST GROUP OF COMPANIES,
Florida companies and STEVEN WEST;
its Officer(s) and Director(s),

    Defendant(s).
_____

**ORDER**
_____

THIS MATTER is before the Court on review of the file.  This case was brought pursuant to the Telephone Consumer Protection Act of 1991, 47 U.S.C. § 227 ("TCPA").  Plaintiff seeks declaratory relief, a permanent injunction, damages, and statutory penalties based on Defendants alleged violations of the TCPA.  On May 6, 2005, Defendants moved to dismiss the Complaint asserting that claims under the TCPA are not assignable and that Plaintiff lacks standing to bring such claims.  On November 10, 2005, I entered an Order staying this case in all respects pending resolution of the issues raised in the motion to dismiss in a separate case currently pending before the Tenth Circuit.  For docket management purposes, I now deny Defendant's Motion to Dismiss without prejudice.  Defendant may refile the Motion to Dismiss when the stay in this case is lifted.  Therefore, it is hereby

ORDERED that Defendant's Motion to Dismiss, filed May 6, 2005, (docket #11)

is **DENIED WITHOUT PREJUDICE**.

Dated:  January 27, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge