IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00205-WYD-CBS

CONSUMER CRUSADE, INC., a Colorado corporation,

      Plaintiff(s),

v.

THE WEST GROUP OF COMPANIES,
Florida companies and STEVEN WEST;
its Officer(s) and Director(s),

      Defendant(s).
_____

## ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      The parties shall file a status report on or before May 5, 2008.

Dated: April 25, 2008