IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-cv-00205-WYD-CBS

CONSUMER CRUSADE, INC., a Colorado corporation,

    Plaintiff(s),

v.

THE WEST GROUP OF COMPANIES,
Florida companies and STEVEN WEST;
its Officer(s) and Director(s),

    Defendant(s).
_____

**ORDER**
_____

    THIS MATTER is before the Court on Plaintiff's Motion to Dismiss, filed June 11, 2008 (docket #38). As grounds therefor, Plaintiff states that on March 3, 2008, the Colorado Supreme Court issued it ruling in *Kruse v. McKenna*, Case No. 06SC555, wherein the court held that assignees lack standing to bring claims pursuant to the Telephone Consumer Act. Plaintiff is an assignee and therefore lacks standing to prosecute the claims alleged in this case. Having reviewed the Motion and the premises therein, it is hereby

    ORDERED that Plaintiff's Motion to Dismiss, filed June 11, 2008 is **GRANTED**. It is

    FURTHER ORDERED that this case is **DISMISSED**.

Dated: June 16, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge