IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 05-cv-00205-WYD-CBS

CONSUMER CRUSADE, INC., a Colorado corporation,

    Plaintiff(s),

v.

THE WEST GROUP OF COMPANIES,
Florida companies and STEVEN WEST;
its Officer(s) and Director(s),

    Defendant(s).
_____

**ORDER**
_____

THIS MATTER is before the Court on Defendant Steven West's Request for Postponement [doc. #40], filed January 6, 2009. In his letter to the Court, Defendant West requests "postponement" from the Court, citing health problems. However, this case was dismissed on June 16, 2008, and there is no pending matter for which Defendant would need to request any sort of stay. It is thus apparent that Defendant West erroneously filed his request with this Court. Accordingly, it is hereby

ORDERED that Defendant Steven West's Request for Postponement [doc. #40, filed January 6, 2009] is **DENIED AS MOOT** to the extent it requests the Court to postpone a pending matter.

Dated: January 9, 2009

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Chief United States District Judge